| | |
|---|---|
| 1 | Name: JUANA POLONSKI |
| 2 | Address: 101 HICKEY BLVD, SUITE A103 |
|   | SOUTH SAN FRANCISCO, CA 94080 |
| 3 | Phone Number: (415) 410-9116 |
| 4 | E-mail Address: my.yashua@gmail.com |
| 5 | *Pro Se* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EMPRESARIO EN DESARROLLO,

    Plaintiff,

vs.

PASTRANA

    Defendant.

Case Number: 19-cv-01495-HSG

[PROPOSED] ORDER DENY MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is DENIED.

IT IS SO ORDERED.

DATED: 6/21/2019

*Haywood S. Gill, Jr.*

United States District/~~Magistrate~~ Judge