1  Name: DEMAN SALOMON MYVETT

2  Address: 48 CHESTER ST. DALY CITY , CA 94014

3  Phone Number: 415 - 756 - 0778

4  E-mail Address: smcassociatesinc@yahoo.com

5  *Pro Se*

6                    **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

8                                                    )  Case Number: 19-cv-01495-HSG
       EMPRESARIO EN DESARROLLO,                     )
9                                                    )  [PROPOSED] ORDER DENYING
                                                     )  **MOTION FOR PERMISSION FOR**
10                         Plaintiff,                )  **ELECTRONIC CASE FILING**
                                                     )
11     vs.                                           )  DATE:
                                                     )  TIME:
12                                                   )  COURTROOM:
                                                     )  JUDGE:
13     PASTRANA,                                     )
                                                     )
                           Defendant.                )
14     _____             )

15

16         The Court has considered the Motion for Permission for Electronic Case Filing.  Finding

17  that good cause exists, the Motion is DENYING.

18

19         IT IS SO ORDERED.

20
       DATED:    6/21/2019                      *Haywood S. Gill Jr.*
21

22                                              United States District/~~Magistrate~~ Judge

23

24

25

26

27

28