Name: JUAN CARLOS FUENTES
Address: 2448 N Nahomi st. APT A
Burbank, CA, 91504
Phone Number: 818 983 3257
E-mail Address: jcf0274@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

EMPRESARIO EN DESARROLLO,

           Plaintiff,

vs.

PASTRANA,

           Defendant.

Case Number: 19-cv-01495-~~HSG~~

~~[PROPOSED]~~ **ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 6/21/2019

*/s/ Haywood S. Gilliam, Jr.*

United States District/~~Magistrate~~ Judge