Name: JULIO PASTRANA, PRO SE
Address: 527 TULLOCK ST
BLOOMINGTON , CA, 92316
Phone Number: ( 909) 572 5877
E-mail Address: juliopastrana72@gmail.com
Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPRESARIO EN DESARROLLO CORP.<br><br>Plaintiff,<br><br>vs.<br><br>PASTRANA,<br><br>Defendant. | Case Number: 19-cv-01495-HSG<br><br>[PROPOSED] ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM: 2, 4TH FLOR, OAKLAND CA<br>JUDGE: HON, HAYWOOD S GILLIAM |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is **DENIED**.

IT IS SO ORDERED.

DATED: 7/19/2019

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.