| | |
|---|---|
| 1  Name: MARIA PASTRANA, PRO SE | |
| 2  Address: 527 TULLOCK ST | RECEIVED |
|    BLOOMINGTON, CA, 92316 | JUL 15 2019 |
| 3  Phone Number: (909) 243 6627 | |
| 4  E-mail Address: pastranalulu@gmail.com | |
| 5  *Pro Se* | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPRESARIO EN DESARROLLO CORP. | Case Number: 19-cv-01495-HSG |
| | **ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| Plaintiff, | |
| vs. | DATE: |
| PASTRANA, | TIME: |
| | COURTROOM: 2, 4TH FLOOR, OAKLAND, CA |
| | JUDGE: HON. HAYWOOD S. GILLIAM |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is DENIED.

IT IS SO ORDERED.

DATED:

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)