UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPRESARIO EN DESARROLLO, CORP., <br><br> Plaintiff, <br><br> v. <br><br> MARIA PASTRANA, et al., <br><br> Defendants. | Case No. 19-cv-01495-HSG <br><br> **ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO APPEAR BY TELEPHONE; RESCHEDULING CMC; SETTING HEARING ON MOTIONS TO WITHDRAW; DIRECTING COUNSEL TO APPEAR** <br><br> Re: Dkt. Nos. 113, 114, 115 |

Defendants Juan Carlos Fuentes, Julio Pastrana, and Maria Pastrana moved to appear by telephone at the case management conference. *See* Dkt. Nos. 113, 114, 115. Because Fuentes is appearing pro se, Dkt. No. 12, his motion to appear by telephone, Dkt. No. 113, is **GRANTED**. However, because Julio and Maria Pastrana are represented by counsel, their motions to appear by telephone at the case management conference, Dkt. Nos. 114, 115, are **DENIED**. That said, Defendants may of course observe the proceedings in person. Alternatively, if Defendants are unable to travel to the Oakland courthouse for the case management conference, Defendants may listen to the proceedings via telephone. Defendants must contact CourtCall at (866) 582-6878 to make arrangements for appearing at or listening to the case management conference.

In addition, the Court **ORDERS** Defendant Fuentes to cease using his access to the e-filing system to file motions and documents for other parties, who are currently represented by counsel. *See, e.g.*, Dkt. No. 115.

Further, the Court **RESCHEDULES** the case management conference, currently set for July 23, for 2:00 p.m. on July 30 in Courtroom 1, Fourth Floor, Oakland.

Finally, the Court **SETS** the hearing on the pending motions to withdraw as counsel, Dkt.

Nos. 56, 74, 90, 95, 101, 107, for 2:00 p.m. on July 30 in Courtroom 1, Fourth Floor, Oakland. The Court **ORDERS** counsel for Plaintiff and counsel for Defendants to appear at the rescheduled case management conference and hearing on the motions to withdraw. Counsel shall appear in person unless they receive permission from the Court to appear telephonically. Counsel shall be prepared to discuss a plan for moving this case forward should their motions to withdraw be granted.

**IT IS SO ORDERED.**

Dated: 7/19/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge