UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPRESARIO EN DESARROLLO, CORP., <br><br> Plaintiff, <br><br> v. <br><br> MARIA PASTRANA, et al., <br><br> Defendants. | Case No. 19-cv-01495-HSG <br><br> **ORDER DIRECTING REPRESENTATIVE FOR PLAINTIFF TO APPEAR AT HEARING** |

Following the transfer of this case from the Eastern District of New York, counsel for Plaintiff Empresario En Desarrollo moved to withdraw as counsel. *See* Dkt. No. 74. The motion to withdraw is set for a hearing at 2:00 p.m. on July 30, along with the initial case management conference. *See* Dkt. No. 125.

"A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." *See* Civil L.R. 3-9(b). Accordingly, the Court **ORDERS** a representative for Plaintiff to appear at the July 30 hearing in person, to discuss the ability to retain substitute counsel if the motion to withdraw were granted. Counsel for Plaintiff is **ORDERED** to make all reasonable efforts to convey this order to his client. Counsel and the representative for Plaintiff shall appear at the hearing in person unless they file, and the Court grants, a request to appear by telephone containing an explanation of why they are unable to appear personally.

**IT IS SO ORDERED.**

Dated: 7/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge